UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS, JOURNEYMEN, LOCAL #38 DEFINED BENEFIT PENSION PLAN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>SYNEOS HEALTH, INC., et al.,<br><br>                    Defendants. | 23-cv-6548 (AS)<br><br>NOTICE OF REASSIGNMENT |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **September 12, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the non-appearing Defendants, (3) efforts to serve the non-appearing Defendants and (4) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two (2) pages.

    SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                                            _____
                                                                ARUN SUBRAMANIAN
                                                                United States District Judge