UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
UNITED ASSOCIATION OF PLUMBERS AND                                        :
PIPEFITTERS, JOURNEYMEN, LOCAL #38 DEFINED                                :
BENEFIT PENSION PLAN, *individually and on behalf*                        :    23-cv-6548 (AS)
*of all others similarly situated*,                                       :
                                                                          :    <u>ORDER REGARDING</u>
                              Plaintiffs,                                 :    <u>NOTICE TO PURPORTED</u>
                                                                          :    <u>PLAINTIFF CLASS</u>
              -v-                                                         :    <u>MEMBERS</u>
                                                                          :
SYNEOS HEALTH, INC., et al.,                                              :
                                                                          :
                              Defendants.                                 X

---------------------------------------------------------------------
ARUN SUBRAMANIAN, United States District Judge:

      On July 27, 2023, Plaintiff filed a putative class action "on behalf of all purchasers of Syneos common stock between September 9, 2020 and November 3, 2022." Dkt. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than September 11, 2023, at 5:00 p.m.**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: September 7, 2023
New York, New York

                                                                   _____
                                                                   ARUN SUBRAMANIAN
                                                                  United States District Judge