UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED ASSOCIATION OF PLUMBERS
AND PIPEFITTERS, JOURNEYMEN,
LOCAL #38 DEFINED BENEFIT PENSION
PLAN,

                        Plaintiff,

          -against-

SYNEOS HEALTH, INC., et al.,

                    Defendants.

23-cv-6548 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 25, 2023, the Court received three motions for appointment of lead plaintiff.

Dkts. 15, 20, 24. Any opposition papers, not to exceed ten (10) pages, shall be filed by **October 5, 2023, at 5:00 p.m.**

SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                   ARUN SUBRAMANIAN
                            United States District Judge