UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS, JOURNEYMEN, LOCAL #38 DEFINED BENEFIT PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SYNEOS HEALTH, INC., et al., <br><br> Defendants. | 23-cv-6548 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    In light of Plaintiff Local #38's voluntary dismissal, Dkt. 39, Lead Plaintiff shall confer with Defendants and submit a joint letter by **October 16, 2023, at 5:00 p.m.**, proposing a way forward in this case without undue delay. In particular, the letter should address what will serve as the operative complaint in this case and the deadline for any answer or motion to dismiss.

    SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                             United States District Judge